*Slack, Helen Goodner* and *Homer R. Miller* for the United States. 

No. 656. RING CONSTRUCTION CORP. *v.* SECRETARY OF WAR. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Josiah E. Brill* and *Robert A. Littleton* for petitioner. *Solicitor General Perlman, Assistant Attorney General Morison, Paul A. Sweeney* and *Melvin Richter* for respondent. 

No. 660. LOUISVILLE AND JEFFERSON COUNTY METRO-POLITAN SEWER DISTRICT *v.* BOND BROTHERS. Court of Appeals of Kentucky. Certiorari denied. *Blakey Helm* and *Gilbert Burnett* for petitioner. *Ernest Woodward* and *Squire R. Ogden* for respondent. 

No. 661. COMMISSION OF THE DEPARTMENT OF PUBLIC UTILITIES OF MASSACHUSETTS *v.* NEW YORK, NEW HAVEN & HARTFORD RAILROAD Co. C. A. 2d Cir. Certiorari denied. *Francis E. Kelly,* Attorney General of Massachusetts, *Francis J. Roche* and *David H. Stuart,* Assistant Attorneys General, for petitioner. *Hermon J. Wells* for respondent. 

No. 662. MATHEY *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 1st Cir. Certiorari denied. *Lawrence E. Green* for petitioner. *Solicitor General Perlman, Assistant Attorney General Caudle, Ellis N. Slack, Lee A. Jackson* and *Irving I. Axelrad* for respondent. 

